IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM PHILLIP JACKSON, ) | Case No. 24-30017 |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | |
| _____ ) | |

### ORDER GRANTING UNITED STATES' MOTION TO ANNUL AUTOMATIC STAY

The matter before the Court is the United States' Motion to Lift Automatic *Stay Nunc Pro Tunc* (the "Motion," Doc. No. 19). The court held an evidentiary hearing on the Motion and other matters on February 8–9, 2024. On February 14, 2024, the court orally announced its findings of fact, conclusions of law, and decisions on the Motion and the other matters. Based on the United States' Motion (¶ 16), the court included in its oral findings of fact that "[t]he IRS further alleges that Jackson has not filed federal income tax returns for tax years 2020, 2021, or 2022." On February 16, 2024, the United States filed a Notice of Clarification (Doc. No. 55) to (a) advise the court that Mr. Jackson filed past-due federal income tax returns with the IRS shortly before filing his chapter 13 bankruptcy petition and (b) explain why the United States did not present evidence or argue during the evidentiary hearing that Mr. Jackson failed to file 2020–2022 federal income tax returns. Although that clarification is important to correct the record on the status of Mr. Jackson's pre-bankruptcy federal income tax returns, it does not impact or change the court's decisions announced on the record on February 14, 2024. With that clarification, based on the findings of fact (as modified above), the conclusions of law, and the reasons stated on the record at the hearing on February 14, 2024, the Court **GRANTS** the United States' Motion. **IT IS HEREBY ORDERED** that, pursuant to 11 U.S.C. §§ 362(d)(1) and

362(d)(2), the automatic stay in this case is hereby annulled and retroactively vacated to January 23, 2024, as to the United States to the extent the automatic stay precludes (or precluded) any action pursuant to the U.S. District Court Order of Sale (Doc. No. 179, including any amendments to that Order) in *United States v. Jackson et al.*, 3:16-cv-05096 (U.S.D.C., W.D. Mo.).

**IT IS SO ORDERED.**

DATED: 2/21/2024                                  /s/ Brian T. Fenimore
                                                  **BRIAN T. FENIMORE**
                                                  **CHIEF BANKRUPTCY JUDGE**